No. 2638. RIVERA, APPELLANT, v. PORTO RICO RAILWAY, LIGHT & POWER CO., APPELLEE.—First District Court of San Juan. Decided March 13, 1924. Concluding that the trial court did not err in weighing the evidence and finding that the plaintiff was guilty of contributory negligence, or in

refusing to admit certain evidence tending to prove damages, or in refusing to allow an amendment to the complaint at the trial, the judgment was affirmed.